UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. **3:24-MJ-769 (SDV)** |
| MICHAEL RIVAS | : | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Ross Weingarten, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On Wednesday, September 11, 2024, at 2:00 p.m., there will come before the Honorable S. Dave Vatti, United States Magistrate Judge, at Bridgeport, Connecticut, the criminal case of **United States v. MICHAEL RIVAS**, Criminal No. 3:24-MJ-769 (SDV).

2. That the above named defendant, **MICHAEL RIVAS** (Inmate No. 449615), is charged with violations of Title 18, United States Code, Section 371 (Conspiracy), Title 18, United States Code, Section 2119 (Carjacking), and Title 18, United States Code, Section 2 (Aiding and Abetting).

3. That the said **MICHAEL RIVAS** is now confined at the Manson Youth Institution, Cheshire, Connecticut.

4. That the said **MICHAEL RIVAS** should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Connecticut Department of Correction, Warden, Manson Youth Institution, Cheshire, Connecticut, and the United States Marshal for the District of Connecticut, or any of his proper deputies, or any other authorized federal agent ordering them to produce the said, **MICHAEL RIVAS** (Inmate No. 449615) at the United States Courthouse, 915 Lafayette Boulevard, Courtroom 435,

Bridgeport, Connecticut, on Wednesday, September 11, 2024, at 2:00 p.m., or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

UNITED STATES OF AMERICA

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/s/ *Ross Weingarten*
ROSS WEINGARTEN
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv207478
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700
Email: Ross.Weingarten@usdoj.gov