UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICARDO ESTRADA and<br>MICHAEL RIVAS<br><br>Defendants | Case No. 3:24-cr-186 (SVN) (SDV)<br><br><br>September 26, 2024 |

## GOVERNMENT'S MOTION TO CONTINUE ARRAIGNMENTS OF RICARDO ESTRADA AND MICHAEL RIVAS

The United States of America respectfully moves this Court to continue the arraignments of Defendants Ricardo Estrada and Michael Rivas to October 1, 2024, for the reasons set forth below:

1. On August 24, 2024, Defendants Michael Rivas, Ricardo Estrada, and their co-defendants were charged in a three-count indictment with conspiracy, kidnapping, and carjacking. (ECF No. 17)

2. Pursuant to the indictment, Defendants were scheduled to be arraigned before the Court on August 27, 2024. (ECF No. 20).

3. Due to a scheduling conflict, the undersigned respectfully requests that the Court continue the arraignments of Mr. Rivas and Mr. Estrada to Tuesday, October 1, 2024.

4. To accommodate counsel for the defendants' schedules, the Government specifically requests that the Court schedule Mr. Estrada's arraignment for 11:30 a.m. and Mr. Rivas's arraignment for 1:30 p.m. on October 1, 2024.

5. The Government has conferred with counsel for both defendants, and they consent to this requested continuance.

WHEREFORE, the Government respectfully requests that the Court grant this motion and continue the arraignments of Defendants Ricardo Estrada and Michael Rivas to October 1, 2024, at the times specified.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/s/*Ross Weingarten*
ROSS WEINGARTEN
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv207478
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700
Email: Ross.Weingarten@usdoj.gov