UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:24-cr-186 (SVN) |
| v. | |
| ANGEL BORRERO ET AL | |
| | March 19, 2025 |

<u>MOTION TO WITHDRAW</u>

The undersigned respectfully moves to withdraw his appearance from the above-captioned case based on his departure from the United States Attorney's Office. Another Assistant United States Attorney(s) has an appearance in this case and will continue to represent the United States in future proceedings.

Respectfully submitted,

MARC H. SILVERMAN
ACTING UNITED STATES ATTORNEY

/s/*Ross Weingarten*
ROSS WEINGARTEN
Federal Bar No. phv207478

CERTIFICATION

I hereby certify that on March 19, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/Ross Weingarten
ROSS WEINGARTEN
Federal Bar No. phv207478