# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **United States of America,** | : | **Crim. No. 3:24-CR-00186-SVN** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Michael Rivas,** | : | |
| **Defendant** | : | **April 22, 2025** |

## MOTION TO CONTINUE SENTENCING AND FUTURE SCHEDULING ORDERS

The Defendant, Michael Rivas, by and through his undersigned counsel hereby respectfully moves the Court to continue Mr. Rivas's current sentencing hearing scheduled for May 13, 2025, for a period of 90 days, including all related scheduling orders. The undersigned counsel makes this request in order to give him additional necessary time to prepare for the sentencing hearing. The undersigned counsel has discussed this request with the Government, (Assistant United States Attorney Karen Peck), who has no objection to this request

Respectfully submitted, The Defendant,

Michael Rivas

By: *Brian J. Woolf*
Brian J. Woolf
Federal Bar No, ct10227
Woolf & Ross Law Firm, LLC
50 Founders Plaza
East Hartford, CT 06108
Tel: 860-290-8690
Fax: 860-290-8697
E-Mail: w@woolflaw.com
His Attorneys

<u>CERTIFICATION</u>

I hereby certify that on this 22nd day of April, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

By: *Brian J. Woolf*
Brian J. Woolf
Counsel to the Defendant